# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC, et al., | Case No. 2:16-cv-02825-JAD-NJK |
| Plaintiff(s), | ORDER RE: MOTION TO WITHDRAW |
| vs. | |
| HARTRIDGE HOMEOWNERS ASSOCIATION, et al., | |
| Defendant(s). | |

Pending before the Court is Maier Gutierrez & Associates' motion to withdraw as attorneys of record for Defendant Las Vegas Real Estate Strategic Investment Group, LLC ("Defendant"), and for removal from CM/ECF service list. Docket No. 27. No later than June 27, 2017, Luis A. Ayon, Esq., who is also listed as counsel of record, shall file a notice indicating whether he intends to remain as counsel of record for Defendant.

IT IS SO ORDERED.

DATED: June 22, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge