**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| BAYVIEW LOAN SERVICING, LLC, et al., | ) | Case No. 2:16-cv-02825-JAD-NJK |
| Plaintiff(s), | ) ) | |
| v. | ) ) | ORDER |
| HARTRIDGE HOMEOWNERS ASSOCIATION, et al., | ) ) ) ) | |
| Defendant(s). | ) ) | |

On June 22, 2017, the Court ordered Luis A. Ayon to file, no later than June 27, 2017, a notice indicating whether he intends to remain as counsel of record for Defendant. Docket No. 29. To date, Mr. Ayon has failed to comply. Accordingly, the Court **ORDERS** Luis A. Ayon to file, no later than July 11, 2017, a notice indicating whether he intends to remain as counsel of record for Defendant. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS**.

IT IS SO ORDERED.

DATED: July 3, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge