# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC, et al.,<br>    Plaintiff(s),<br>v.<br>HARTRIDGE HOMEOWNERS ASSOCIATION, et al.,<br>    Defendant(s). | Case No.: 2:16-cv-02825-JAD-NJK<br><br>**Order**<br><br>[Docket No. 49] |

Pending before the Court is joint motion to set aside default. Docket No. 49. No response has been filed. For good cause shown, the motion is **GRANTED**. Hartridge's answer must be filed by June 5, 2019.

IT IS SO ORDERED.

Dated: June 3, 2019

Nancy J. Koppe
United States Magistrate Judge