ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DAVID T. GLUTH, II, ESQ.
Nevada Bar No. 10596
GORDON REES SCULLY MANSUKHANI, LLP
300 So. Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Direct: (702) 577-9316
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
        dgluth@grsm.com

*Attorneys for Hartridge Homeowners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC; FEDERAL HOME LOAN MORTGAGE CORPORATION, <br><br> Plaintiffs, <br><br> vs. <br><br> HARTRIDGE HOMEOWNERS ASSOCIATION; LAS VEGAS REAL ESTATE STRATEGIC INVESTMENT GROUP, LLC; and ALLIED TRUSTEE SERVICES, INC. <br><br> Defendants. | Case No.:  2:16-cv-02825-JAD-NJK <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSES TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT (ECF No. 62)** <br><br> **(First Request)** |

Pursuant to Local Rules IA 6-1 and 7-1, Plaintiffs, Bayview Loan Servicing, LLC, and Federal Home Loan Mortgage Corporation (Plaintiffs) and Defendants Hartridge Homeowners Association (Hartridge) and Las Vegas Real Estate Strategic Investment Group, LLC (LVRESIG), by and through their respective attorneys of record, stipulate and jointly move for an Order as follows:

1.    On August 19, 2019, Plaintiffs filed their Motion for Summary Judgment (ECF No. 61).

2.    The current deadline for response or oppositions to the motion is September 9, 2019.

3.      In order to adequately address the issues in the motion, the parties agree that the deadline to file Responses to Plaintiffs' Motion for Summary Judgment (ECF No. 61) be extended one week up to and including September 16, 2019.

4.      This is the parties' first request for extension of this deadline, and it is not intended to cause any delay or prejudice any party.   Plaintiffs do not object to the requested objection.

DATED this 6th day of September, 2019.

AKERMAN, LLP

*/s/ Jamie K. Combs*_____
Natalie L. Winslow, Esq.
Nevada Bar No. 12125
Jamie K. Combs, Esq.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada   89134
*Attorneys for Plaintiffs Bayview Loan*
*Servicing, LLC and Federal Home Loan*
*Mortgage Corporation*

DATED this 6th day of September, 2019.

LAW OFFICE OF MIKE BEEDE, PLLC

 */s/ Michael N. Beede*_____
Michael N. Beede, Esq.
Nevada Bar No. 13068
James W. Fox, Esq.
Nevada Bar No. 13122
2470 St. Rose Pkwy, Suite 307
Las Vegas, Nevada 89074
*Attorneys for Defendant Las Vegas Real*
*Estate Strategic Investment Group, LLC*

DATED this 6th day of September, 2019.

GORDON REES SCULLY MANSUKHANI, LLP

____*/s/ David T. Gluth*_____
Robert S. Larsen, Esq.
Nevada Bar No. 7785
David T. Gluth, Esq.
Nevada Bar No. 10596
300 South 4th Street, Suite 1550
Las Vegas, Nevada   89101
*Attorneys for Defendant Hartridge Homeowners*
*Association*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: September 6, 2019.

1117115/47233498v.1