# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BAYVIEW LOAN SERVICING, LLC, et al.,

    Plaintiff(s),

v.

HARTRIDGE HOMEOWNERS ASSOCIATION, et al.,

    Defendant(s).

Case No.: 2:16-cv-02825-JAD-NJK

**Order**

[Docket No. 71]

This case was filed nearly three years ago. *See* Docket No. 1. On June 6, 2019, the Court entered an order setting a discovery cutoff of September 23, 2019. Docket No. 56. The Court made clear that the parties should use the intervening months wisely because, "**GIVEN THE AGE OF THIS CASE, THE COURT IS NOT INCLINED TO GRANT ANY EXTENSIONS**." *Id.* at 5 (emphasis in original). On September 20, 2019, the business day before the discovery cutoff, the parties filed a stipulation seeking a 45-day extension to the discovery cutoff and subsequent deadlines. Docket No. 71. The stipulation indicates that two depositions were set for the day of the cutoff and that the deponents are not available. *See id.* No further elaboration is provided. Moreover, the subject deposition notices were served on September 5, 2019, and the Court fails to discern why the parties need until November 7, 2019 (*i.e.*, two months), to find available deposition dates. Instead, difficulty in scheduling the depositions warrants a 14-day extension. *Cf. Charm Floral v. Wald Imports, Ltd.*, 2012 WL 424581, at *2 (W.D. Wash. Feb. 9, 2012) ("more than one week's notice generally is considered reasonable").

1

Accordingly, the stipulation to extend is **GRANTED** in part and **DENIED** in part. The discovery cutoff is hereby **EXTENDED** to October 7, 2019, for the limited purpose of completing the identified depositions. No other deadlines set forth in the scheduling order are extended. **NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED.

Dated: September 23, 2019

_____
Nancy J. Koppe
United States Magistrate Judge