1  DARREN T. BRENNER, ESQ.
   Nevada Bar No. 8386
2  NATALIE L. WINSLOW, ESQ.
   Nevada Bar No. 12125
3  JAMIE K. COMBS, ESQ.
   Nevada Bar No. 13088
4  AKERMAN LLP
   1635 Village Center Circle, Suite 200
5  Las Vegas, NV 89134
   Telephone: (702) 634-5000
6  Facsimile: (702) 380-8572
   Email: darren.brenner@akerman.com
7  Email: natalie.winslow@akerman.com
   Email: jamie.combs@akerman.com

*Attorneys for Bayview Loan Servicing, LLC and
Federal Home Loan Mortgage Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC; FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiffs,<br>vs.<br><br>HARTRIDGE HOMEOWNERS ASSOCIATION; LAS VEGAS REAL ESTATE STRATEGIC INVESTMENT GROUP, LLC; and ALLIED TRUSTEE SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-02825-JAD-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO HARTRIDGE HOMEOWNERS ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>**[FIRST REQUEST]**<br><br>(ECF No. 76) |

Plaintiffs Bayview Loan Servicing, LLC (**Bayview**) and Federal Home Loan Mortgage Corporation (**Freddie Mac**) (collectively **Plaintiffs**), and Defendant, Hartridge Homeowners Association (**Hartridge**), hereby stipulate and agree that Plaintiffs shall have an additional seven (7) days, up to and including **October 15, 2019**[1], to file its response to Hartridge's motion for summary judgment, which is currently due on October 7, 2019, pursuant to ECF No. 70. Hartridge's motion for summary judgment was filed on September 16, 2019.

---

[1] The deadline falls on Monday, October 14, 2019, Columbus Day. The parties agree to move the deadline to the following business day.

50398442;1

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

Dated this 7th day of October, 2019.

| **AKERMAN LLP** | **GORDON REES SCULLY MANSUKHANI, LLP** |
|---|---|
| */s/ Jamie K. Combs* <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> JAMIE K. COMBS, ESQ. <br> Nevada Bar No. 13088 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Bayview Loan Servicing, LLC and Federal Home Loan Mortgage Corporation* | */s/ David T. Gluth, II* <br> ROBERT S. LARSEN, ESQ. <br> Nevada Bar No. 7785 <br> DAVID T. GLUTH, II, ESQ. <br> Nevada Bar No. 10596 <br> 300 S. Fourth Street, Suite 1500 <br> Las Vegas, NV 89101 <br><br> *Attorneys for Hartridge Homeowners Association* |

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: October 9, 2019.

50398442;1